UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. <u>23-1647</u>, <u>23-1648</u>, <u>23-1649</u>, <u>23-1650</u>, <u>23-1651</u>, & <u>23-1652</u>**

OI European Group B.V. v. Bolivarian Republic of Venezuela

Northrop Grumman Ship Systems, Inc., formerly known as Ingalls Shipbuilding, Inc.
v. The Ministry of Defense of the Republic of Venezuela

ACL1 Investments Ltd., ACL2 Investments Ltd., and LDO (Cayman) XVIII Ltd.
v. Bolivarian Republic of Venezuela

Rusoro Mining Limited v. Bolivarian Republic of Venezuela

Koch Minerals Sàrl and Koch Nitrogen International Sàrl
v. Bolivarian Republic of Venezuela

Gold Reserve Inc. v. Bolivarian Republic of Venezuela

**ORDER**

These appeals are consolidated for the purposes of scheduling, a single joint appendix, and disposition.

The Court disfavors redundant briefing. The appellant must file a single consolidated opening brief addressing all six appeals (and a consolidated reply brief, if filing one). Although not all plaintiffs/creditors are jointly represented, they appear similarly situated. They are therefore encouraged to file a single consolidated response brief addressing all six appeals or, at a minimum, coordinate briefing and adopt portions of other briefs by reference. See Fed. R. App. P. 28(i).

The parties should electronically file documents on the Court's docket only in the appeals to which the documents relate. Failure to file documents in the appropriate case may result in the issuance of a noncompliance order. If any party is unsure how to file a particular document, he or she should call the case manager prior to filing the document.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: April 11, 2023
JK/cc:  All Counsel of Record