womblebonddickinson.com



May 4, 2023

Womble Bond Dickinson (US) LLP

1313 North Market Street
Suite 1200
Wilmington, DE 19801

t:  302.252.4320
f:  302.252.4330

Matthew P. Ward
Direct Dial: 302-252-4337
E-mail: Matthew.Ward@wbd-us.com

**VIA HAND DELIVERY**

United States Court of Appeals
For the Third Circuit
Clerk of the Court, Patricia S. Dodszuweit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

**Re:** *Gold Reserve Inc. v. Bolivarian Republic of Venezuela*;
Case No. 23-1652
District Court Case No.: 1- 22-mc-00453-LPS

Dear Ms. Dodszuweit:

Pursuant to Federal Rules of Appellate Procedure ("FRAP") 8(a)(2) and 27, Local Appellate Rule 27.7, Gold Reserve, Inc. ("Gold Reserve") respectfully submits this letter opposition to Petroleos de Venezuela, S.A.'s ("PDVSA") Emergency Motion for Stay Pending Appeal ("Motion"), which joins OI European Group BV's ("OIEG") brief in opposition to PDVSA's Motion in 23-1647.[1] Gold Reserve joins in the arguments in all respects, except OIEG's brief in opposition in argument II.C, "Issuance of a Stay Will Substantially Injure OIEG." Gold Reserve adopts the reasoning of OIEG but instead argues that issuance of a stay will also substantially injure Gold Reserve.

---

[1] In an effort to streamline issues and arguments before the Court, Gold Reserve is joining in all of OIEG's arguments as the Court directed "[s]imilarly situated appellees are encouraged to file a single, joint response." [Docket No. 18]. Gold Reserve is a similarly situated appellee to OIEG. There was not a single joint response of all similarly situated appellees.

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.
WBD (US) 61664036v1



May 4, 2023
Page 2

| | |
|---|---|
| Dated: May 4, 2023 | Respectfully Submitted, |

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/ Matthew P. Ward*
Matthew P. Ward (Delaware Bar No. #4471)
1313 N. Market St., Suite 1200
Wilmington, DE 19801
Telephone: 302-252-4320
matthew.ward@wbd-us.com

-and-

**NORTON ROSE FULBRIGHT US LLP**
Katherine G. Connolly
555 California Street, Suite 3300
San Francisco, CA 94101
Telephone: 628-231-6816
katie.connolly@nortonrosefulbright.com

*Attorneys for Gold Reserve Inc.*

cc: All counsel of Record (via CM/ECF)