

**Curtis, Mallet-Prevost, Colt & Mosle LLP**

| | | | |
|---|---|---|---|
| Almaty | Houston | | **Telephone** +1 212 696 6000 |
| Astana | London | 101 Park Avenue | **Facsimile** +1 212 697 1559 |
| Beijing | Mexico City | New York, New York 10178-0061 | www.curtis.com |
| Bogotá | Milan | | |
| Brussels | Muscat | | |
| Buenos Aires | Paris | | **Joseph D. Pizzurro** |
| Dubai | Riyadh | | Tel: +1 212 696 6196 |
| Frankfurt | Rome | | Fax: +1 917 368 8996 |
| Geneva | Washington, D.C. | | E-Mail: jpizzurro@curtis.com |

May 12, 2023

**VIA ECF**

Patricia S. Dodszuweit
Clerk of the Court
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

      Re: *OI European Group, B.V. v. Bolivarian Republic of Venezuela, and Consolidated Cases,* Nos. 23-1647, 23-1648, 23-1649, No. 23-1650, 23-1651, and 23-1652: <u>PDVSA's Letter Concerning *Crystallex* Sale Procedures Order</u>

Dear Ms. Dodszuweit:

      I write on behalf of Appellant Petróleos de Venezuela, S.A. ("PDVSA") in response to the Court's request to explain the relevant deadlines described in the District Court's Sale Procedures Order (D.I. 481), "the prefatory steps leading up to an auction, what steps must be taken to launch the sale process and when, and the significance of the June 9 deadline, discussed in Appellees' Emergency Motion at 3–4." Part I of this letter describes the relevant deadlines under the Sale Procedures Order ("SPO") and provides an estimate for when those relevant deadlines might occur based on the most recent recommendations of the Special Master. Part II explains that the June 9 date never had any significance beyond being a proposal by Crystallex, and that the June 9 date now has no significance, since the District Court rejected Crystallex's proposal tied to that date. Part III describes additional briefing on the inclusion of other creditors in the sale process and other questions ordered by the District Court on May 10.

    **I.**    **Relevant Deadlines Under the Sale Procedures Order and Prefatory Steps Leading Up to an Auction**

      The District Court signed the SPO on October 7, 2022. *See* D.I. 481. The SPO contemplates a series of deadlines, most of which are tied to a "Preparation Launch Date" and a subsequent "Launch Date," neither of which has yet been set. On May 10, 2023, the District Court entered an order setting oral argument for June 26, 2023 on several motions and issues, including whether



PDVSA Ltr. re *Crystallex* SPO
May 12, 2023
Page 2

**Curtis, Mallet-Prevost, Colt & Mosle LLP**

and when to adopt the Special Master's recommendation to authorize the beginning of the sale process referred to below. D.I. 559. Presumably, the District Court will not set the Preparation Launch Date or Launch Date until that argument has occurred.

Pursuant to the SPO, the Special Master filed a Supplemental Report on April 28, 2023, which set forth his recommendation to the District Court that he has obtained sufficient certainty from the Office of Foreign Assets Control ("OFAC") to warrant initiating the procedures in the SPO. D.I. 553. In his Supplemental Report, the Special Master recommended that the Court initiate the sale procedures as soon as possible after briefing on his recommendation is completed. *Id.* ¶ 7. Objections to the Special Master's recommendation to launch the sale process are due to the District Court on May 23, and responses to those objections are due on June 5. D.I. 559 ¶ 5. As noted above, the District Court has not yet determined whether to adopt the Special Master's recommendation to launch the sale process or, if so, on what date.

The first step under the SPO is a prefatory period (initiated on the "Preparation Launch Date"), during which the Special Master will prepare for the launch of a marketing process for the PDVH shares. D.I. 481 ¶ 3. During this prefatory phase:

- o The Special Master must meet and confer with PDVSA regarding potential minority shareholder protections within 10 business days of the Preparation Launch Date. *Id.* ¶ 4.

- o Any creditor, including Appellees, seeking to add its judgment to the sale procedure—*i.e.*, become an "Attached Judgment" under the SPO—must "deliver to the Special Master and to counsel for the Venezuela Parties a statement indicating the amount such creditor contends remains outstanding with respect to their Attached Judgment or judgment" along with supporting documentation within 21 days of the Preparation Launch Date. *Id.* ¶ 32.

- o The Special Master will also spend this time contacting potential bidders, developing marketing materials such as a Teaser and a Confidential Information Memorandum, and setting up a data room containing due diligence materials for potential bidders. *See id.* ¶ 4.

In his Supplemental Report, the Special Master estimated that he would require approximately 90 days after the Preparation Launch Date before he would be in a position to designate the Launch Date. D.I. 553 ¶ 7. However, as noted above, the District Court intends to hold oral argument after briefing has concluded. Presuming the Preparation Launch Date is set on or soon after oral argument, referenced below, scheduled for June 26, 2023, then a reasonable estimate of the Launch Date would be on or after Monday, September 25, 2023. The SPO contemplates a 270-day sale process, beginning on the Launch Date. D.I. 480-1 at 42–43; D.I. 481 ¶¶ 2–3; D.I. 553 ¶ 7.

For purposes of this Court's current review of the District Court's March 23 Order, the most pertinent deadline after the launch is that the District Court must decide within 10 calendar days of the Launch Date which, if any, additional judgments will be added to the sale process (i.e.,



become "Attached Judgments"). D.I. 481 ¶ 30. For example, if the Launch Date were set for September 25, 2023, then the District Court would decide by October 5, 2023 which judgments may be added, if any.¹

## II. There Is No Significance to the June 9 Date

There is no significance to the June 9, 2023 date referenced in Appellees' emergency motion to reconsider the Court's administrative stay. Appellees' citation to June 9 is simply a recitation of a *proposal* made by Crystallex in a joint status report filed in the District Court on May 8, 2023, D.I. 557 at 3–4. Crystallex had proposed that if this Court extended its stay of Appellees' attachment proceedings beyond June 9 (the original date set by this Court to complete briefing on Appellant's expedited appeal), then Appellees should be prohibited from adding their judgments to the sale process. *Id.* at 4. That proposal was not adopted by the District Court in its order of May 10, 2023. D.I. 559 ¶¶ 2–3.

## III. Additional Upcoming Deadlines in the District Court

In addition to the deadlines under the SPO, the District Court has set several additional deadlines pertinent to Appellees and other creditors. In its order issued on May 10, 2023 in *Crystallex* and in each of Appellees' underlying cases, the District Court determined that this Court's temporary administrative stay does not prevent it from allowing the Appellees to seek inclusion in the sale process or to request the issuance of writs of attachment. *Id.* ¶¶ 2–3. The relevant deadlines are:

- Briefing regarding the inclusion of additional judgments in the SPO, the issuance of attachments to creditors holding such judgments, and the priority of such creditors' judgments will begin on May 24 and be complete on June 14. *Id.* ¶¶ 3–4.
- Briefing on certain motions filed by other creditors (non-Appellees) seeking to obtain writs of attachment must be completed by June 14, as well. *Id.* ¶ 6.
- Oral argument on all of the above briefing is set for June 26, 2023. *Id.* ¶ 7.

Best regards,

*/s/ Joseph D. Pizzurro*
Joseph D. Pizzurro

cc:　All counsel of record

---

¹ The remainder of the sale process would proceed as reflected in the chart at D.I. 480-1 at 130-31, with—per the Special Master's estimate—an anticipated final sale hearing to approve or disapprove of the winning bidder on or around June 1, 2024. D.I. 553 ¶ 7.