# MUNGER, TOLLES & OLSON LLP

601 MASSACHUSETTS AVENUE NW
SUITE 500E
WASHINGTON, D.C. 20001-5369
TELEPHONE (202) 220-1100
FACSIMILE (202) 220-2300

---

350 SOUTH GRAND AVENUE
FIFTIETH FLOOR
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100
FACSIMILE (213) 683-3702

---

560 MISSION STREET
TWENTY-SEVENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

May 22, 2023

Writer's Direct Contact
(202) 220-1101
(213) 683-4007 FAX
Donald.Verrilli@mto.com

**VIA ECF**
Ms. Patricia S. Dodszuweit
Clerk of Court
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

      Re:    *OI European Group BV, et al. v. Bolivarian Republic of Venezuela, et al.*, Case Nos. 23-1647, 23-1648, 23-1649, 23-1650, 23-1651, 23-1652, 23-1781

Dear Ms. Dodszuweit:

      I am lead counsel for the Appellant Bolivarian Republic of Venezuela in the above-captioned cases. I write to supplement the Division of Argument Time form filed concurrently herewith.

      All of the issues in Case Nos. 23-1647, 23-1648, 23-1649, 23-1650, 23-1651, 23-1652, and 23-1781 are common to all appellants. I have conferred with counsel for Intervenor-Appellant Petróleos de Venezuela, S.A. ("PDVSA"), and we have agreed that I will present oral argument on behalf of all appellants, with one caveat: In the event that the Court has factual questions specific to PDVSA that I am unable to answer, I request that I be permitted to seek the Court's permission to cede time to counsel for PDVSA, Joseph D. Pizzurro, sufficient to respond. Otherwise, I will present oral argument on all issues.

      Thank you for your consideration of this request.

MUNGER, TOLLES & OLSON LLP

May 22, 2023
Page 2

Very truly yours,

Donald B. Verrilli, Jr.

*Counsel for the Bolivarian Republic of Venezuela*