**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 23-1647, 23-1648, 23-1649, 23-1650, 23-1651, 23-1652, 23-1781

OI European Group BV vs. Bolivarian Republic of Venezuela

Calendar Date: June 1, 2023

Location: The Albert Branson Maris Courtroom, (19th Floor, U.S. Courthouse, 6th & Market Sts., Philadelphia, PA)

## DIVISION OF ARGUMENT TIME FOR MULTIPLE COUNSEL

The Court of Appeals for the Third Circuit requests counsel for each side to divide the allotted argument time among the parties when multiple briefs are filed by multiple counsel. In many instances, the Court discourages multiple counsel arguing when a joint brief is filed. If multiple counsel request argument when a joint brief is filed, counsel must indicate the party or issue(s) and the division of time for each counsel, and such requests will be submitted to the Court for approval prior to oral argument.

Counsel for Appellant(s), Petitioner(s), or Intervenor(s) in order of argument:

| Name of Counsel | Division of Time | Party/Issue(s) |
|---|---|---|
| | | |
| | | |
| | | |

Counsel for Appellee(s), Respondent(s), or Intervenor(s) in order of argument:

| Name of Counsel | Division of Time | Party/Issue(s) |
|---|---|---|
| David B. Salmons | 20 minutes | All Appellees (OI European Group B.V.; Rusoro Mining Limited; Northrop Grumman Ship Systems, Inc., f/k/a Ingalls Shipbuilding, Inc., and now known as Huntington Ingalls Incorporated; ~~ACL1 Investments~~ Ltd., ACL2 Investments Ltd., and LDO (Cayman) XVIII Ltd.; Koch Minerals Sàrl and Koch Nitrogen International Sàrl; and Gold Reserve, Inc.) |