<u>1:30 P.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)</u>

<u>THURSDAY, JUNE 1, 2023</u>

<u>Coram</u>: BIBAS, MATEY and FREEMAN, Circuit Judges

<u>Nos. 23-1647/ 23-1648/ 23-1649/
23-1650/ 23-1651/ 23-1652/ 23-1781</u>

OI EUROPEAN GROUP B.V.
v.
BOLIVARIAN REPUBLIC OF VENEZUELA

PETROLEOS DE VENEZUELA, S.A.,
Appellant No. 23-1647

_____

NORTHROP GRUMMAN SHIP SYSTEMS, INC,
f/k/a Ingalls Shipbuilding, Inc.
v.
THE MINISTRY OF DEFENSE OF THE REPUBLIC OF VENEZUELA

PETROLEOS DE VENEZUELA, S.A.,
Appellant No. 23-1648

_____

ACL1 INVESTMENTS LTD.;
ACL2 INVESTMENTS LTD.;
LDO (CAYMAN) XVIII LTD.,
v.
BOLIVARIAN REPUBLIC OF VENEZUELA

PETROLEOS DE VENEZUELA, S.A.,
Appellant No. 23-1649

continued…

PART TWO – CONTINUED                THURSDAY, JUNE 1, 2023

Coram: BIBAS, MATEY and FREEMAN, Circuit Judges

Nos. 23-1647/ 23-1648/ 23-1649/ 23-1650/ 23-1651/ 23-1652/ 23-1781 – (Continued)

RUSORO MINING LIMITED
v.
BOLIVARIAN REPUBLIC OF VENEZUELA

PETROLEOS DE VENEZUELA, S.A.,
Appellant No. 23-1650

_____

KOCH MINERALS SARL;
KOCH NITROGEN INTERNATIONAL SARL
v.
BOLIVARIAN REPUBLIC OF VENEZUELA

PETROLEOS DE VENEZUELA, S.A.,
Appellant No. 23-1651

_____

GOLD RESERVE INC.
v.
BOLIVARIAN REPUBLIC OF VENEZUELA

PETROLEOS DE VENEZUELA, S.A.,
Appellant No. 23-1652

_____

OI EUROPEAN GROUP B.V.
v.
BOLIVARIAN REPUBLIC OF VENEZUELA,
Appellant No. 23-1781

| Counsel for Appellant | Counsel for Appellees |
|---|---|
| DONALD B. VERRILLI, JR | DAVID B. SALMONS |
| (30 minutes per Court) | (30 minutes per Court) |