UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>23-1647, 23-1648, 23-1649, 23-1650, 23-1651, 23-1652</u>

OI EUROPEAN GROUP B.V.

v.

BOLIVARIAN REPUBLIC OF VENEZUELA


NORTHROP GRUMMAN SHIP SYSTEMS, INC,
f/k/a Ingalls Shipbuilding, Inc.

v.

THE MINISTRY OF DEFENSE OF THE REPUBLIC OF VENEZUELA


ACL1 INVESTMENTS LTD.; ACL2 INVESTMENTS LTD.;
LDO (CAYMAN) XVIII LTD.

v.

BOLIVARIAN REPUBLIC OF VENEZUELA


RUSORO MINING LIMITED

v.

BOLIVARIAN REPUBLIC OF VENEZUELA


KOCH MINERALS SARL; KOCH NITROGEN INTERNATIONAL SARL

v.

BOLIVARIAN REPUBLIC OF VENEZUELA


GOLD RESERVE INC.

v.

BOLIVARIAN REPUBLIC OF VENEZUELA

PETROLEOS DE VENEZUELA, S.A.,
Appellant

(D.C. Nos. 1-19-mc-00290, 1-20-mc-00257, 1-21-mc-00046, 1-21-mc-00481, 1-22-mc-00156, 1-22-mc-00453)

Present:  BIBAS, MATEY and FREEMAN, Circuit Judges

  1.  Motion filed by Appellant Petroleos de Venezuela SA to Stay Pending Appeal.

                                              Respectfully,
                                              Clerk/JK

_____ORDER_____
The foregoing motion is denied as moot.

                                              By the Court,

                                              s/ Paul B. Matey
                                              Circuit Judge

Dated:  July 7, 2023
JK/cc:  All Counsel of Record